UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL LARA,<br><br>Defendant. | Criminal No. 26cr10234<br><br>Violations:<br><br><u>Count One</u>: Wire Fraud<br>(18 U.S.C. § 1343)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)) |

<u>INFORMATION</u>

At all times relevant to this Information:

1. Defendant Michael Lara ("LARA") is a resident of Norwood, Massachusetts.

2. The Watertown Housing Authority ("WHA") is a state housing authority that manages affordable public housing in Watertown, Massachusetts, for eligible groups of people, including individuals and families with low income, the elderly, and individuals with disabilities.

3. WHA housing options are divided into multiple categories of rentals, including a category called Chapter 705 rentals. Chapter 705 rentals are also referred to as "scattered sites," because the units are within smaller buildings scattered throughout Watertown.

4. WHA also owns and oversees 50 units of federally funded public housing through Watertown Housing Development Corporation ("WHDC"). WHDC is the sole member of WHDC Holdings, LLC, which owns the 50 units of federal public housing.

5. WHA is overseen by a Board of Commissioners, while the day-to-day operations of WHA are managed by an Executive Director. The Executive Director is also the president of both WHDC and WHDC Holdings, LLC.

*LARA's Improper Use of WHA and WHDC Funds*

6. From July 2019 until January 2025, LARA was the Executive Director of the WHA and president of both WHDC and WHDC Holdings, LLC.

7. As the Executive Director, LARA had access to WHA's charge account with Home Depot as well as WHDC credit cards.

8. According to the WHA "Credit Card Policy," "WHA credit cards shall only be used for the purchases of goods and services that are the official, business of the Watertown Housing Authority."

9. In November 2023, LARA began a remodel of the master bathroom of his Norwood residence with his contractor.

10. Despite the WHA policy, from November 7, 2023, to December 4, 2023, LARA made purchases using the WHA charge account at Home Depot for his master bathroom renovation, totaling $2,299.88, including the purchase of a $1,639 two sink bathroom vanity and mirror.

BILL TO:
Acct: 6035 3225 0092 0396
WATERTOWN HOUSING AU

705
ML

| Amount Due: | Trans Date: | DUE DATE: | Invoice #: |
|---|---|---|---|
| $1,639.00 | 11/13/23 | 12/31/23 | 5682006 |

PO: 705-BATHROOMRENO
Store: 8119, HOMEDEPOT.COM, 1-800-430-3376

| PRODUCT | SKU # | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| DUKES 60 IN. W X 22 IN. D X 34 IN. H | 10078281670002200010 | 1.0000 EA | $2,049.00 | $2,049.00 |
| DISCOUNT | 00000000000000000005 | 1.0000 EA | -$410.00 | -$410.00 |

**Purchased by:** MICHAEL LARA
**Customer #:** 00022
**Customer Agreement #:** WJ43852336

| | |
|---|---|
| SUBTOTAL | $1,639.00 |
| TAX | $0.00 |
| TOTAL | $1,639.00 |

11. To conceal that the purchases were for his bathroom renovation, LARA caused the purchases to be fraudulently labeled as "705," to imply that the purchases were for Chapter 705 rentals.

12. On or about November 8, 2023, LARA made purchases for his bathroom renovation using the WHDC credit card for $3,160.69, at Moniques Bath Showroom. According to the sales order and the invoice, the "Bill To" individual was LARA and the "Bill To" address was LARA's residence.

13. To make the purchases at Home Depot and Moniques, LARA used WHA's charge account and WHDC's credit card, thereby causing an interstate wire to be transmitted in connection with the authorization and processing of the transactions.

## COUNT ONE
Wire Fraud
(18 U.S.C. § 1343)

The United States Attorney charges:

14. The United States Attorney re-alleges and incorporates by reference paragraphs 1 to 13 of this Information.

15. On or about the dates below, in the District of Massachusetts, and elsewhere, the defendant,

MICHAEL LARA,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud the Watertown Housing Authority, as set forth below:

| Approximate Date | Description |
|---|---|
| November 13, 2023 | The purchase of a Lexora Dukes 60 in. W x. 22 in. D. Navy Blue Double Bath Vanity, White Quartz Top, and 58 in. Mirror, using the Watertown Housing Authority Home Depot charge account, which caused an interstate wire communication in connection with the authorization and processing of the transaction. |

All in violation of Title 18, United States Code, Section 1343.

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

16. Upon conviction of the offense in violation of Title 18, United States Code, Section 1343, set forth in Count One, the defendant,

MICHAEL LARA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

17. If any of the property described in Paragraph 16, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 32 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

LEAH B. FOLEY
United States Attorney

Lucy Sun
Assistant United States Attorney
District of Massachusetts

Date: 8/17/24